■ In the Matter of ROBERT E. JONES, Appellant, v THERESA M. LAIRD, Respondent. (Appeal No. 1.) [916 NYS2d 561]—Appeal from an order of the Family Court, Ontario County (William F. Kocher, J.), entered September 1, 2009 in a proceeding pursuant to Family Court Act article 6. The order, among other things, dismissed the petitions with prejudice.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot *(see Matter of Kelly F. v Gregory A.F.,* 34 AD3d 1277 [2006]). Present—Smith, J.P., Carni, Sconiers, Green and Gorski, JJ.

■ In the Matter of THERESA M. LAIRD, Respondent, v ROBERT E. JONES, Appellant. (Appeal No. 2.) [916 NYS2d 562]—Appeal from an order of the Family Court, Ontario County (William F. Kocher, J.), entered September 25, 2009 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner sole custody of the subject children.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (see Matter of Kelly F. v Gregory A.F., 34 AD3d 1277 [2006]). Present—Smith, J.P., Carni, Sconiers, Green and Gorski, JJ.